(137 So. 459)

## Jim HUFF v. STATE.
### 7 Div. 87.

Supreme Court of Alabama.

Nov. 5, 1931.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

S. W. Tate, of Anniston, for respondent.

THOMAS, J.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jim Huff v. State, 137 So. 457.

Writ denied.

ANDERSON, C. J., and BOULDIN and BROWN, JJ., concur.